# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 12, 2022

## NO. 03-22-00447-CV

**John and Sally Kosmatka, Appellants**

**v.**

**Motostalgia, LLC; Antonio Brunet; and Motoreum, LLC, Appellees**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
DISMISSED FOR WANT OF PROSECUTION
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on July 6, 2022. Having reviewed the record, the Court holds that John and Sally Kosmatka have not prosecuted their appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.